```
CYNTHIA MARIE LINSCOMB         CELTIC BANK CO                 IC SYSTEMS, INC
ROLAND LINSCOMB                P.O. BOX 4488                  ATTN: BANKRUPTCY
12161 DEPEW RD                 BEAVERTON, OR 97076            444 HWY 96 EAST
GULFPORT, MS 39503-2782                                       ST. PAUL, MN 55127


THOMAS C. ROLLINS, JR.         CFNA                           JEFFERSON CAPITAL
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O. BOX 13767                 PO BOX 81315                   200 14TH AVE E
JACKSON, MS 39236              CLEVELAND, OH 44181            SARTELL, MN 56377


AFFIRM, INC.                   CONTINENTAL FINANCE            JPMCB
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               MAILCODE LA4-7100
650 CALIFORNIA ST              4550 NEW LINDEN HILL           700 KANSAS LANE
SAN FRANCISCO, CA 94108        WILMINGTON, DE 19808           MONROE, LA 71203


AFFIRM, INC.                   CREDIT ONE BANK                LOANDEPOT
ATTN: BANKRUPTCY               6801 CIMARRON RD               ATTN: BANKRUPTCY
650 CALIFORNIA S               LAS VEGAS, NV 89113            26642 TOWNE CENTER
SAN FRANCISCO, CA 94108                                       FOOTHILL RANCH, CA 9261


AFTERPAY                       DISCOVER FINANCIAL             LVNV FUNDING
222 KEARNY ST #600             ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94103        PO BOX 3025                    PO BOX 10497
                               NEW ALBANY, OH 43054           GREENVILLE, SC 29603


AMEX                           FIRST PREMIER BANK             MERRICK BANK CORP
PO BOX 981535                  3820 N LOUISE AVE              PO BOX 9201
EL PASO, TX 79998              SIOUX FALLS, SD 57107          OLD BETHPAGE, NY 11804


BANK OF AMERICA                GULF COAST COMMUNITY           MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE           12364 HIGHWAY 49               PO BOX 939069
TAMPA, FL 33634                GULFPORT, MS 39503             SAN DIEGO, CA 92193


CAPITAL ONE                    GULF COAST ORAL & FACI         MISSION LANE LLC
ATTN: BANKRUPTCY               1760 MEDICAL PARK DR           ATTN: BANKRUPTCY
PO BOX 30285                   STE A                          P.O. BOX 105286
SALT LAKE CITY, UT 84130       BILOXI, MS 39532               ATLANTA, GA 30348


CAVALRY PORTFOLIO              HYUNDAI MOTOR FINANCE          NAVY FCU
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
1 AMERICAN LN STE 220          PO BOX 20829                   PO BOX 3302
GREENWICH, CT 06831            FOUNTAIN VALLEY, CA 92728      MERRIFIELD, VA 22119
```

```
NAVY FEDERAL CU                    VERIZON WIRELESS
ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY
PO BOX 3302                        500 TECHNOLOGY DR
MERRIFIELD, VA 22119               STE 599
                                   WELDON SPRINGS, MO 63304


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502


SEVENTH AVE
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


TIME INVESTMENT CO
PO BOX 248
WEST BEND, WI 53095


TOTAL VISA
PO BOX 85710
SIOUX FALLS, SD 57118


U.S. BANKCORP
ATTN: BANKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS, MN 55402


USAA FEDERAL
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288


USAA FEDERAL
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288
```