# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CYNTHIA MARIE LINSCOMB  
AKA CYNTHIA M LINSCOMB  
FKA CYNTHIA MOORE  
ROLAND LINSCOMB  
AKA ROLAND HOMER LINSCOMB

CASE NO.: 25-50575-KMS  
CHAPTER: 13

## ENTRY OF APPEARANCE

I, Kimberly D. Putnam, appearing in the above entitled and numbered proceeding on behalf of loanDepot.com, LLC, hereby request that it be placed on the mailing matrix and made a part of the record of this proceeding and that she be notified of all matters relevant to this case.

Dean Morris, LLC  
1820 Avenue of America  
Monroe, Louisiana 71201  
(318) 330-9020

/s/ Kimberly D. Putnam  
Kimberly D. Putnam (Bar #102418)  
kim.mackey@ms.creditorlawyers.com  
Attorney For loanDepot.com, LLC  
Date: April 23, 2025.

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of the Entry of Appearance filed herein:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

Warren A. Cuntz T1, Jr.
Trustee
wcuntzcourt@gport13.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Entry of Appearance filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this day April 23, 2025.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For loanDepot.com, LLC
Date: April 23, 2025.