United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-50575-KMS
Cynthia Marie Linscomb                                                    Chapter 13
Roland Linscomb
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                          Page 1 of 3
Date Rcvd: Apr 23, 2025                 Form ID: 309I                    Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cynthia Marie Linscomb, Roland Linscomb, 12161 Depew Rd, Gulfport, MS 39503-2782 |
| 5500587 | + | Gulf Coast Oral & Faci, 1760 Medical Park Dr, Ste A, Biloxi, MS 39532-2131 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: msecf@ms.creditorlawyers.com | Apr 23 2025 19:50:00 | Kimberly D. Putnam, Dean Morris, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| aty | | Email/Text: trollins@therollinsfirm.com | Apr 23 2025 19:49:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | Email/Text: wcuntzcourt@gport13.com | Apr 23 2025 19:50:00 | Warren A. Cuntz T1, Jr., P. O. Box 3749, Gulfport, MS 39505-3749 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Apr 23 2025 19:50:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | Email/Text: bknotification@loandepot.com | Apr 23 2025 19:50:00 | LoanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, Te 75024-3192 |
| 5500573 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 23 2025 19:54:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5500574 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 23 2025 19:54:09 | Affirm, Inc., Attn: Bankruptcy, 650 California S, San Francisco, CA 94108-2716 |
| 5500575 | ^ | MEBN | Apr 23 2025 19:48:46 | Afterpay, 222 Kearny St #600, San Francisco, CA 94104-4509 |
| 5500576 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 19:54:13 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5500577 | + | EDI: BANKAMER | Apr 23 2025 23:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5500581 | + | EDI: CRFRSTNA.COM | Apr 23 2025 23:43:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5500582 | | Email/Text: cfcbackoffice@contfinco.com | Apr 23 2025 19:50:00 | Continental Finance, Attn: Bankruptcy, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5500578 | + | EDI: CAPITALONE.COM | Apr 23 2025 23:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5500579 | + | Email/Text: bankruptcy@cavps.com | Apr 23 2025 19:50:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 5500580 | + | EDI: PHINGENESIS | Apr 23 2025 23:43:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: 309I | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| 5500583 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 19:54:09 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5500584 | + EDI: DISCOVER | Apr 23 2025 23:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5500585 | + EDI: AMINFOFP.COM | Apr 23 2025 23:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5500586 | + Email/Text: msd@gcc-fcu.com | Apr 23 2025 19:50:00 | Gulf Coast Community, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5500588 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 23 2025 19:50:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 5500589 | + EDI: LCIICSYSTEM | Apr 23 2025 23:43:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5500590 | + EDI: JEFFERSONCAP.COM | Apr 23 2025 23:43:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5500591 | + EDI: JPMORGANCHASE | Apr 23 2025 23:43:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5500592 | + Email/Text: bknotification@loandepot.com | Apr 23 2025 19:50:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5500593 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 19:54:09 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5500596 | Email/Text: ml-ebn@missionlane.com | Apr 23 2025 19:49:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5500594 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2025 19:54:09 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5500595 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 19:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5500597 | + EDI: NFCU.COM | Apr 23 2025 23:43:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5500598 | + EDI: NFCU.COM | Apr 23 2025 23:43:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5500599 | EDI: PRA.COM | Apr 23 2025 23:43:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5500600 | + EDI: CBS7AVE | Apr 23 2025 23:43:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5500601 | + EDI: SYNC | Apr 23 2025 23:43:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5500602 | Email/Text: bankruptcy@timeinvestment.com | Apr 23 2025 19:50:00 | Time Investment Co, PO Box 248, West Bend, WI 53095 |
| 5500603 | + EDI: TCISOLUTIONS.COM | Apr 23 2025 23:43:00 | Total Visa, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5500604 | + EDI: USBANKARS.COM | Apr 23 2025 23:43:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5500606 | + EDI: USAA.COM | Apr 23 2025 23:43:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5500605 | + EDI: USAA.COM | Apr 23 2025 23:43:00 | Usaa Federal, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5500607 | + EDI: VERIZONCOMB.COM | Apr 23 2025 23:43:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 39

District/off: 0538-6

User: mssbad

Page 3 of 3

Date Rcvd: Apr 23, 2025

Form ID: 309I

Total Noticed: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025

Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Roland Linscomb trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cynthia Marie Linscomb trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

# Notice of Chapter 13 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Cynthia Marie Linscomb** | Social Security number or ITIN   xxx–xx–1325 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Roland Linscomb** | Social Security number or ITIN   xxx–xx–6637 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | |
| Case number: **25–50575–KMS** | | Date case filed for chapter  13   4/21/25 |

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cynthia Marie Linscomb | Roland Linscomb |
| 2. | **All other names used in the last 8 years** | aka Cynthia M Linscomb, fka Cynthia Moore | aka Roland Homer Linscomb |
| 3. | **Address** | 12161 Depew Rd Gulfport, MS 39503–2782 | 12161 Depew Rd Gulfport, MS 39503–2782 |
| 4. | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr The Rollins Law Firm, PLLC PO BOX 13767 Jackson, MS 39236 | Contact phone 601–500–5533 Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Warren A. Cuntz T1 Jr. P. O. Box 3749 Gulfport, MS 39505–3749 | Contact phone 228–831–9531 Email wcuntzcourt@gport13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse 2012 15th Street, Suite 244 Gulfport, MS 39501 | **Office Hours:** **Monday – Friday 8:00 AM – 5:00 PM** **Contact phone 228–563–1790** **Date: 4/23/25** |

**For more information, see page 2**

Debtor  **Cynthia Marie Linscomb** and  **Roland Linscomb**                                                    Case number **25–50575–KMS**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2025** at **09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Warren A. Cuntz T1 Jr.<br>Zoom video meeting.<br>Go to zoom.us/join, enter<br>Meeting ID 846 854 1179 and<br>Passcode 2798980867 , OR call<br>228–284–4805.<br><br>**For additional meeting information go to<br>www.justice.gov/ust/moc** |

| | | | |
|---|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | | **Filing deadline: 7/22/25** |
| | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | | |
| | **Deadline for all creditors to file a proof of claim:**<br>(except governmental units) | | **Filing deadline: 6/30/25** |
| | **Deadline for governmental units to file a proof of claim:** | | **Filing deadline: 10/20/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9.  Filing of plan** | Miss. Bankr. L.R. 3015–1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. Any objection to the plan or to any motion contained therein shall be in writing and filed with the Clerk of Court on or before **July 1, 2025**. Objections will be heard on **July 10, 2025 at 10:00 AM** in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |