Certificate Number: 17082-MSS-DE-039655613

Bankruptcy Case Number: 25-50575



17082-MSS-DE-039655613

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2025</u>, at <u>8:27</u> o'clock <u>AM MST</u>, <u>ROLAND LINSCOMB</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.,</u> a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>May 13, 2025</u>          By:     <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>