IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Cynthia Marie Linscomb                              Case No. 25-50575-KMS
         Roland Linscomb, Debtors                                    CHAPTER 13

## NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: June 19, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236
                                             trollins@therollinsfirm.com
                                             601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Cynthia Marie Linscomb                                  Case No. 25-50575-KMS
              Roland Linscomb, Debtors                                         CHAPTER 13

**MOTION TO SUSPEND PLAN PAYMENTS**

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtors are requesting this Honorable Court to suspend any past due plan payments and one month of plan payments, including any ongoing mortgage payments being paid through the plan, during the month of July 2025.
3. Debtors are needing to make repairs for their roof. As such, Debtors cannot afford to make the monthly plan payment. Debtors will be able to resume making payments beginning in August 2025.
4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

                                    Respectfully submitted

                                    /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                    Jennifer A Curry Calvillo (MSBN 104367)
                                    The Rollins Law Firm, PLLC
                                    P.O. Box 13767
                                    Jackson, MS 39236
                                    trollins@therollinsfirm.com
                                    601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on June 20, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50575 |
|---|---|
| CYNTHIA MARIE LINSCOMB<br>ROLAND LINSCOMB, | **DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/20/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>CYNTHIA MARIE LINSCOMB<br>ROLAND LINSCOMB, | CASE NO: 25-50575<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/20/2025, a copy of the following documents, described below,

Notice and Motion to Suspend Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/20/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-50575<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUN 20 8-16-5 PST 2025 | GULF COAST COMMUNITY FEDERAL CREDIT<br>UNION<br>BYRD WISER<br>PO BOX 1939<br>BILOXI MS 39533-1939 | LOANDEPOTCOM LLC<br>ATTN BANKRUPTCY<br>5465 LEGACY DRIVE SUITE 400<br>PLANO TE 75024-3192 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ | AFFIRM INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA S<br>SAN FRANCISCO CA 94108-2716 | AFFIRM INC<br>ATTN BANKRUPTCY<br>650 CALIFORNIA ST<br>SAN FRANCISCO CA 94108-2716 |
| AFTERPAY<br>222 KEARNY ST 600<br>SAN FRANCISCO CA 94108-4509 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMEX<br>PO BOX 981535<br>EL PASO TX 79998-1535 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | BANK OF AMERICA NA<br>PO BOX 673033<br>DALLAS TX 75267-3033 | BANK OF MISSOURI<br>2700 S LORRAINE PLACE<br>SIOUX FALLS SD 57106-3657 |
| CFNA<br>ATTN BANKRUPTCY<br>PO BOX 81315<br>CLEVELAND OH 44181-0315 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND OH 44181-8011 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAVALRY SPV I LLC<br>AS ASSIGNEE OF CITIBANK NATHE HOME D<br>PO BOX 4252<br>GREENWICH CT 06831-0405 | CELTIC BANK CO<br>PO BOX 4488<br>BEAVERTON OR 97076-4402 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS NV 89113-2273 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | GULF COAST COMMUNITY<br>ATTN BANKRUPTCY<br>12364 HIGHWAY 49<br>GULFPORT MS 39503-2741 | GULF COAST COMMUNITY FEDERAL CREDIT<br>UNION<br>ATTN BANKRUPTCY DEPT<br>2120 25TH AVENUE<br>GULFPORT MS 39501-4518 |
| GULF COAST ORAL FACI<br>1760 MEDICAL PARK DR<br>STE A<br>BILOXI MS 39532-2131 | HYUNDAI CAPITAL AMERICA DBA HYUNDAI<br>MOTOR FI<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | HYUNDAI MOTOR FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20829<br>FOUNTAIN VALLEY CA 92728-0829 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| IC SYSTEMS INC<br>ATTN BANKRUPTCY<br>444 HWY 96 EAST<br>ST PAUL MN 55127-2557 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO NATIONAL BANKRUPTCY SERVICES LLC<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | JEFFERSON CAPITAL<br>ATTN BANKRUPTCY<br>200 14TH AVE E<br>SARTELL MN 56377-4500 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ | JPMCB<br>MAILCODE LA47100<br>700 KANSAS LANE<br>MONROE LA 71203-4774 |
| KIMBERLY D PUTNAM ESQ<br>DEAN MORRIS LLC<br>FOR LOANDEPOTCOM LLC<br>1820 AVENUE OF AMERICA<br>MONROE LA 71201-4530 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LOANDEPOT<br>ATTN BANKRUPTCY<br>26642 TOWNE CENTER<br>FOOTHILL RANCH CA 92610-2808 |
| LOANDEPOTCOM LLC<br>ATTNBANKRUPTCY<br>5465 LEGACY DRIVE SUITE 400<br>PLANO TX 75024-3192 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 |
| (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD VA 22119-3302 | NAVY FEDERAL CU<br>ATTN BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD VA 22119-3302 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |
| ROBERT ALAN BYRD ESQ<br>FOR GULF COAST COMMUNITY FEDERAL CREDIT<br>PO BOX 1939<br>BILOXI MS 39533-1939 | SEVENTH AVE<br>ATTN BANKRUPTCY<br>1112 7TH AVE<br>MONROE WI 53566-1364 | SEVENTH AVENUE<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | (P)TIME INVESTMENT CO INC<br>100 N 6TH AVE<br>WEST BEND WI 53095-3306 | TOTAL VISA<br>PO BOX 85710<br>SIOUX FALLS SD 57118-5710 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| US BANKCORP<br>ATTN BANKRUPTCY<br>800 NICOLLET MALL<br>MINNEAPOLIS MN 55402-7000 | USAA FEDERAL<br>ATTN BANKRUPTCY<br>9800 FREDERICKSBURG RD<br>SAN ANTONIO TX 78288-0002 | USAA FEDERAL SAVINGS BANK<br>ROBERTSON ANSCHUTZ SCHNEID<br>CRANE PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | USAA FEDERAL<br>9800 FREDERICKSBURG RD<br>SAN ANTONIO TX 78288-0002 | VERIZON<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| VERIZON WIRELESS<br>ATTN BANKRUPTCY<br>500 TECHNOLOGY DR<br>STE 599<br>WELDON SPRINGS MO 63304-2225 | DEBTOR<br>CYNTHIA MARIE LINSCOMB<br>12161 DEPEW RD<br>GULFPORT MS 39503-2782 | ROLAND LINSCOMB<br>12161 DEPEW RD<br>GULFPORT MS 39503-2782 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~EXCLUDE~~<br>~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ | |