United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50575-KMS
Cynthia Marie Linscomb     Chapter 13
Roland Linscomb
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Jul 09, 2025     Form ID: n031     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Cynthia Marie Linscomb, Roland Linscomb, 12161 Depew Rd, Gulfport, MS 39503-2782 |
| cr | + | Gulf Coast Community Federal Credit Union, Byrd & Wiser, PO Box 1939, Biloxi, MS 39533-1939 |
| 5500587 | + | Gulf Coast Oral & Faci, 1760 Medical Park Dr, Ste A, Biloxi, MS 39532-2131 |
| 5502517 | + | Kimberly D. Putnam, Esq., Dean Morris LLC, For loanDepot.com, LLC, 1820 Avenue of America, Monroe LA 71201-4530 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotification@loandepot.com | Jul 09 2025 19:27:00 | LoanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, Te 75024-3192 |
| 5500573 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 09 2025 19:38:38 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5500574 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 09 2025 19:38:40 | Affirm, Inc., Attn: Bankruptcy, 650 California S, San Francisco, CA 94108-2716 |
| 5500575 | ^ | MEBN | Jul 09 2025 19:24:37 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5514569 | | Email/PDF: bncnotices@becket-lee.com | Jul 09 2025 19:38:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5500576 | + | Email/PDF: bncnotices@becket-lee.com | Jul 09 2025 19:38:35 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5500577 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 09 2025 19:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5513011 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 09 2025 19:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5514889 | + | Email/Text: famc-bk@1stassociates.com | Jul 09 2025 19:27:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5500581 | + | Email/Text: BKPT@cfna.com | Jul 09 2025 19:27:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5500582 | | Email/Text: cfcbackoffice@contfinco.com | Jul 09 2025 19:27:00 | Continental Finance, Attn: Bankruptcy, 4550 New Linden Hill, Wilmington, DE 19808 |
| 5504269 | | Email/Text: BKPT@cfna.com | Jul 09 2025 19:27:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5500578 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2025 19:38:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5500579 | + | Email/Text: bankruptcy@cavps.com | Jul 09 2025 19:27:00 | Cavalry SPV I, LLC, as assignee of Citibank, N.A./The Home D, PO Box 4252, Greenwich, CT 06831-0405 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: n031 | Total Noticed: 59 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 5500580 | + Email/Text: GenesisFS@ebn.phinsolutions.com Jul 09 2025 19:27:00 | | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5500583 | + Email/PDF: creditonebknotifications@resurgent.com Jul 09 2025 19:38:35 | | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5506025 | Email/Text: mrdiscen@discover.com Jul 09 2025 19:27:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5500584 | + Email/Text: mrdiscen@discover.com Jul 09 2025 19:27:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5500585 | + Email/PDF: ais.fpc.ebn@aisinfo.com Jul 09 2025 19:38:40 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5500586 | + Email/Text: msd@gcc-fcu.com Jul 09 2025 19:27:00 | | Gulf Coast Community, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5506006 | + Email/Text: msd@gcc-fcu.com Jul 09 2025 19:27:00 | | Gulf Coast Community Federal Credit Union, ATTN: Bankruptcy Dept., 2120 25th Avenue, Gulfport, MS 39501-4518 |
| 5504611 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 09 2025 19:27:00 | | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5500588 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 09 2025 19:27:00 | | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 5500589 | + Email/Text: Bankruptcy@ICSystem.com Jul 09 2025 19:27:00 | | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5523576 | Email/Text: JCAP_BNC_Notices@jcap.com Jul 09 2025 19:27:00 | | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5524073 | Email/Text: JCAP_BNC_Notices@jcap.com Jul 09 2025 19:27:00 | | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5519894 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com Jul 09 2025 19:27:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5500590 | + Email/Text: JCAP_BNC_Notices@jcap.com Jul 09 2025 19:27:00 | | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5500591 | + Email/PDF: ais.chase.ebn@aisinfo.com Jul 09 2025 19:38:40 | | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5503874 | Email/PDF: resurgentbknotifications@resurgent.com Jul 09 2025 19:38:35 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5500592 | + Email/Text: bknotification@loandepot.com Jul 09 2025 19:27:00 | | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5518673 | + Email/Text: bknotification@loandepot.com Jul 09 2025 19:27:00 | | LoanDepot.com, LLC, Attn:Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |
| 5500593 | + Email/PDF: resurgentbknotifications@resurgent.com Jul 09 2025 19:38:35 | | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5510223 | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2025 19:38:35 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5500596 | Email/Text: ml-ebn@missionlane.com Jul 09 2025 19:27:00 | | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5500594 | + Email/PDF: MerrickBKNotifications@Resurgent.com Jul 09 2025 19:38:37 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5522758 | + Email/Text: bankruptcydpt@mcmcg.com Jul 09 2025 19:27:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5500595 | + Email/Text: bankruptcydpt@mcmcg.com Jul 09 2025 19:27:00 | | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: n031 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 5500597 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 09 2025 19:27:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5500598 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 09 2025 19:27:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5521935 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 09 2025 19:27:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5520326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2025 19:38:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5500599 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2025 19:38:35 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5507273 | + | Email/Text: wrs@byrdwiser.com | Jul 09 2025 19:27:00 | Robert Alan Byrd, Esq., For Gulf Coast Community Federal Credit, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5500600 | + | Email/Text: bankruptcy@sccompanies.com | Jul 09 2025 19:27:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5511913 | + | Email/Text: bankruptcy@sccompanies.com | Jul 09 2025 19:27:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5500601 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 09 2025 19:38:41 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5500602 | | Email/Text: bankruptcy@timeinvestment.com | Jul 09 2025 19:27:00 | Time Investment Co, PO Box 248, West Bend, WI 53095 |
| 5500603 | + | Email/Text: famc-bk@1stassociates.com | Jul 09 2025 19:27:00 | Total Visa, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5500604 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 09 2025 19:27:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5500606 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 09 2025 19:27:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5517386 | + | Email/Text: RASEBN@raslg.com | Jul 09 2025 19:27:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5500605 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 09 2025 19:27:00 | Usaa Federal, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5524547 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 09 2025 19:38:38 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5500607 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 09 2025 19:27:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: n031 | Total Noticed: 59 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

**Name** **Email Address**

Kimberly D. Putnam
on behalf of Creditor LoanDepot.com LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Robert Alan Byrd
on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Roland Linscomb trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Cynthia Marie Linscomb trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50575−KMS
**Chapter:** 13

**In re:**

Cynthia Marie Linscomb
aka Cynthia M Linscomb, fka Cynthia Moore
12161 Depew Rd
Gulfport, MS 39503−2782

Roland Linscomb
aka Roland Homer Linscomb
12161 Depew Rd
Gulfport, MS 39503−2782

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 9, 2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 9, 2025

Danny L. Miller, Clerk of Court