_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 31, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

IN THE MATTER OF:                                     CHAPTER 13
CYNTHIA MARIE LINSCOMB                        CASE NO.:  25-50575 KMS
ROLAND LINSCOMB

**\*\*AMENDED\*\*ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE**

**IT APPEARING TO THE COURT** that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Cynthia M. & Roland Linscomb
12161 Depew Rd
Gulfport, MS 39503-2782**

are *directed to pay the* amended sum of **\*\*$2,404.00\*\***per month effective with the payment due before noon on **August 29ᵗʰ, 2025.**    Payments can be made through **TFSbillpay.com** or by **CERTIFIED FUNDS**. Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely. Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE
P.O. BOX 3749
GULFPORT, MS 39505-3749
(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) are released from making further plan payments.

**##END OF ORDER##**

_____

1 Adjusted Plan Payment due to suspension (Dkt. 25)